**CELERITY, INC.,**
Plaintiff/Counterclaim Defendant–
Appellee,

v.

**ULTRA CLEAN TECHNOLOGY SYSTEMS AND SERVICE, INC.,** Defendant/Counterclaimant–Appellant,

and

**Ultra Clean Holdings, Inc.,**
Defendant–Appellant.

No. 2008–1205.

United States Court of Appeals,
Federal Circuit.

Oct. 9, 2008.

Keith L. Slenkovich, Thelen LLP, of San Jose, CA, argued for plaintiff/counterclaim defendant-appellee. With him on the brief were Robert E. Camors, Jr., Christopher L. Ogden, Karin M. Frenza, and Tomomi K. Harkey.

Paul J. Andre, King & Spalding LLP, of Redwood Shores, CA, argued for defendant/counterclaimant-appellant and defendant-appellant. With him on the brief were Lisa Kobialka and Amy Sun.

GAJARSA, DYK, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.